# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
***

| | |
|---|---|
| ELIZABETH CARLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>WARDEN NEVEN, *et al.*,<br><br>        Defendants. | 2:17-cv-02346-JAD-VCF<br>**<u>ORDER</u>** |

      Before the court is Plaintiff's Motion Requesting Service (ECF No. 16).

      On November 6, 2018, the Attorney General accepted service on behalf of Defendants James Cox, James Dzurenda, Leilani Flores, and Dwight Neven. Service was not accepted on behalf of Defendants Romeo Aranas, Beebe Clark, and Jo Gentry. (ECF No. 12). Defendants Romeo Aranas, Beebe Clark, and Jo Gentry's last known addresses were filed under seal. Plaintiff now seeks the Court for an order authorizing the U.S. Marshal to serve all defendants with a copy of the Complaint and Summons.

      The court grants the instant motion in part and denies in part. Plaintiff has given sufficient reason for the court to grant her request to serve defendants in which the office of the attorney general did not accept service. Defendants James Cox, James Dzurenda, Leilani Flores, and Dwight Neven filed an answer to the complaint on December 14, 2018. (ECF No. 18). The request to serve Defendants that have already answered is denied.

      Accordingly,

      IT IS HEREBY ORDERED that is Plaintiff's Motion Requesting Service (ECF No. 16) is GRANTED in part and DENIED in part.

1   The Clerk of Court is directed to issue (sealed) Summons to Romeo Aranas, Beebe Clark, and Jo Gentry at the addresses provided under sealed in ECF No. 13 and deliver same to the U.S. Marshal for service. The clerk is directed to mail to plaintiff the USM-285 form. The clerk is directed to send copy of the Complaint, Summons, and copy of this order to the U.S. Marshal for service on Defendants Romeo Aranas, Beebe Clark, and Jo Gentry. Plaintiff has thirty (30) days within which to furnish to the U.S. Marshal the required USM-285 form.

Within twenty (20) days after plaintiff receives copy of the completed USM-285 form from the U.S. Marshal, plaintiff must file a notice with the court stating if defendant was served. If the plaintiff wishes to have the U.S. Marshal attempt service again on defendant, then a motion must be filed with the court.

IT IS FURTHER ORDERED that the time to effectuate service on Defendants Romeo Aranas, Beebe Clark, and Jo Gentry is extended to March 12, 2019.

DATED this 11th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE