AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas, Beebe Clark, James Cox, James Dzurenda,*
*Leilani Flores, Jo Gentry and Dwight Neven*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH CARLEY,<br><br>        Plaintiff,<br><br>v.<br><br>WARDEN NEVEN, et al.,<br><br>        Defendants. | Case No. 2:17-cv-02346-MMD-CLB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**<br>**(First Request)** |

      Plaintiff, Elizabeth Carley, by and through counsel, Lisa A. Rasmussen, and Defendants, Romeo Aranas, Beebe Clark, James Cox, James Dzurenda, Leilani Flores, Jo Gentry and Dwight Neven, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate to extend the deadline to file dispositive motions to November 30, 2021.  The Court, in ECF 45, established that dispositive motions were to be filed by October 31, 2021.  October 31, 2021 was a Sunday.

      Counsel for the Defendants has recently completed a jury trial in Lovelock state court, and has been involved in preparation for a global settlement conference in this Court.  Therefore, the dispositive motion, in this matter, has not been completed.  Counsel for the Defendants requests additional time to complete the motion.

      On November 1, 2021, Counsel for Plaintiff and Counsel for the Defendants had a telephonic conference in which the extension was agreed upon.  Accordingly, the parties hereby stipulate to extend the deadline to file dispositive motions from November 1, 2021 to **November 30, 2021**.  The parties respectfully request the Court grant the request, and extend the deadline.

* * *

DATED this 2nd day of November, 2021

LISA A. RASMUSSEN, ESQ.
Law Offices of Kristina Wildeveld & Assoc.


By: */s/ Lisa A. Rasmussen*
    LISA A. RASMUSSEN, Bar No. 7491

*Attorney for Plaintiff*

DATED this 2nd day of November, 2021

AARON D. FORD
Attorney General


By: */s/ Douglas R. Rands*
    DOUGLAS R. RANDS, Bar No. 3572
    Senior Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: November 2, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 2nd day of November, 2021, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**, to the following:

Lisa A. Rasmussen, Esq.
The Law Offices of Kristina Wildeveld & Associates
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
lisa@veldlaw.com

/s/ Roberta W. Bibee
An employee of the Office of the
Nevada Attorney General