**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ELIZABETH CARLEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WARDEN NEVEN, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:17-CV-2346-MMD-CLB<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE AND GRANTING MOTION TO SEAL**<br><br>[ECF Nos. 80, 81] |

On January 14, 2022, a settlement conference was held in this case before United States Magistrate Judge Cam Ferenbach. (ECF No. 79.) Thereafter, a second settlement was set for February 25, 2022. (*Id.*)

On January 18, 2022, Defendants filed a motion for summary judgment. (ECF No. 80.) The deadline for Plaintiff, Elizabeth Carley ("Carley"), to file an opposition to the motion was set for March 28, 2022 to accommodate the second settlement conference. (ECF No. 79.) At the parties' request, the February 25, 2022 settlement conference has now been continued to March 24, 2022. (ECF No. 85.)

Therefore, to afford the parties an opportunity for full briefing on the dispositive motion, Defendants' motion for summary judgment, (ECF No. 80), is **DENIED without prejudice** with leave to refile within thirty days following the settlement conference in the event a settlement is not reached. Thereafter, any response to the motion for summary judgment and reply shall be filed in accordance with LR 7-2(b). The motion to seal Carley's medical records is **GRANTED**. (ECF No. 81.)

**IT IS SO ORDERED.**

**DATED**: February 9, 2022.

　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**