LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Phone (702) 222-0007
Fax (702) 222-0001
Email:  Lisa@Veldlaw.com

Attorneys for Plaintiff Elizabeth Carley

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

ELIZABETH CARLEY,                       )
                                                        )   CASE NO.   2:17-cv-2346 MMD-CLB
              Plaintiff,                         )
                                                        )   **STIPULATION TO EXTEND TIME TO**
vs.                                                  )   **RESPOND TO DEFENDANTS' MOTON**
                                                        )   **FOR SUMMARY JUDGMENT**
NEVEN, et al,,                                )
                                                        )
              Defendants.                    )

COME NOW the parties, Plaintiff Elizabeth Carley, by and through her counsel, Lisa A. Rasmussen, Esq. and the Defendant NDOC parties, by and through their counsel, Deputy Attorney General Douglas Rands, and hereby stipulate as follows:

1.    The NDOC parties filed their Motion for Summary Judgment on April 21, 2022. ECF 88.

2.    Ms. Carley's response is due May 12, 2022.

3.    Counsel for Ms. Carley have requested additional time to respond to the Motion based on other deadlines that they had during the past two weeks and additional upcoming deadlines in other matters in the next three weeks.

4.    Counsel for Ms. Carley propose that their deadline be extended to June 20, 2022.

5.    The state is not opposed to this approximate 40 day extension of time.

6.    This stipulation is not made for the purpose of delay and is made in good faith, taking into account the need for due diligence.

IT IS SO STIPULATED.

Dated May 12, 2022.

**The Law Offices of Kristina Wildeveld & Associates,**

*/s/ Lisa A. Rasmussen*

_____

LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Counsel for Elizabeth Carley

**Aaron Ford, Attorney General, State of Nevada,**

*/s/ Douglas R. Rands*
_____
By:    DOUGLAS R. RANDS
       Deputy Attorney General
       Counsel for Defendants

**ORDER**

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff shall have until June 20, 2022 to file her response to the Defendants' Motion for Summary Judgment (ECF 88).

Dated:  May 12, 2022

_____
~~Xxxxxxxxx Xxx Xxxxx~~
~~United States District Judge~~
UNITED STATES MAGISTRATE JUDGE